

FILED
CLERK, U.S. DISTRICT COURT

12/30/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of all others similarly situated<br>v.<br>Plaintiff(s)<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation<br><br>Defendant(s). | **CASE NUMBER**<br>5:19-cv-02456<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hiraldo, Ignacio J.    of    IJH Law
*Applicant's Name (Last Name, First Name & Middle Initial)*    1200 Brickell Ave. Suite 1950
786-496-4469    Miami, FL, 33130
*Telephone Number*    *Fax Number*
ijhiraldo@ijhlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
JAMAL JOHNSON, individually and on behalf of all others similarly situated

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Litvak, William    of    Dapeer, Rosenblit & Litvak, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    11500 W. Olympic Blvd., Suite 550
90533    (310) 477-5575    (310) 477-7090    Los Angeles, California 90064
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
wlitvak@drllaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  December 30, 2019    /s/ Fernando M. Olguin
                            U.S. District Judge/~~U.S. Magistrate Judge~~