AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-cv-02456

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Moss Bros. Auto Group, Inc.
was received by me on *(date)* 01/07/2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelly Cory, Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Moss Bros. Auto Group, Inc.
8146 Auto Dive, Riverside, CA 92504 on *(date)* 01/13/20 at 4:03pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 01/17/2020

*Server's signature*

Brandon Azmi - Registered Process Server / ID # 1697
*Printed name and title*

L&L Process
13876 SW 56 Street, Suite 200
Miami, FL 33175
*Server's address*

Additional information regarding attempted service, etc: