**GREENBERG TRAURIG, LLP**
Gregory A. Nylen (SBN CA 151129)
nyleng@gtlaw.com
Yoon Jee Kim (CA 318804)
kimjenni@gtlaw.com
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501

Attorney for Defendant
Moss Bros. Auto Group, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation,<br><br>  Defendant.<br>_____ | CASE NO.  5:19-cv-02456-FMO-SP<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 13, 2020<br><br>Current response date: February 3, 2020<br><br>New response date: March 4, 2020 |

Plaintiff Jamal Johnson and Defendant Moss Bros. Auto Group, Inc. by through and their respective counsel of record, hereby jointly stipulate as follows:

1. Plaintiff filed the Complaint in this action against Defendant Moss on December 20, 2019.

2. Defendant was served with the Complaint on January 13, 2020.

3. The current deadline for Defendant to respond to the Complaint was February 3, 2020.

4. On February 6, 2020, this Court issued an Order to Show Cause (the "OSC") for Plaintiff to show cause in writing on or before February 13, 2020 why this action should not be dismissed for lack of prosecution.

5. On February 7, 2020, Defendant retained Greenberg Traurig, LLP as its counsel. On the same day, Defendant's counsel made a request to Plaintiff's counsel to extend the current deadline for thirty (30) days pursuant to Local Rule 8-3.

6. Plaintiff and Defendant stipulated to extend the time for Defendant to respond to the Complaint from February 3, 2020 to March 4, 2020.

7. Good cause exists for this extension because Defendant's counsel was retained after the current deadline to respond to the Complaint, and this is Defendant's first request for extension of time, and Defendant is not aware of any previous request for extension.

8. Plaintiff and Defendant jointly request that such an extension be granted, and that the Court take the OSC off calendar.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: February 7, 2020        **GREENBERG TRAURIG, LLP**


By:  */s/ Gregory A. Nylen*
     Gregory A. Nylen
     Yoon Jee Kim
     Attorneys for Defendant,
     Moss Bros. Auto Group, Inc.


DATED: February 7, 2020        **DAPEER ROSENBLIT LITVAK, LLP**


By:  */s/ William Litvak*
     William Litvak
     Attorney for Plaintiff

**IJH LAW**


By:  */s/ Ignacio Hiraldo*
     Ignacio J. Hiraldo
     Attorney for Plaintiff


**SHAMIS & GENTILE, P.A.**


By:  */s/ Garrett O. Berg*
     Garrett O. Berg
     Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Greg Nylen, am the CM/ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to Initial Complaint.  Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Jamal Johnson on whose behalf this filing is jointly submitted, have concurred in this filing.

*/s/ Gregory A. Nylen*
Gregory A. Nylen