Name and address:

Scott Edelsberg, Esq.
Edelsberg Law, P.A.
20900 NE 30th Ave. # 417
Aventura, Fl 33180

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMAL JOHNSON, individually and all on behalf of all others similarly situated | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:19-cv-02456-FMO-SP |
| v. | |
| MOSS BROS. AUTO GROUP, INC., a California corporation | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Edelsberg, Scott A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

305-975-3320

*Telephone Number*        *Fax Number*

scott@edelsberglaw.com

*E-Mail Address*

of

Edelsberg Law
20900 NE 30th Ave, #417
Aventura, FL 33180

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jamal Johnson, individually and on behalf of all others similarly situated,

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Litvak, William

*Designee's Name (Last Name, First Name & Middle Initial)*

| 90533 | (310) 477-5575 | (310) 477-7090 |
|---|---|---|
| *Designee's Cal. Bar No.* | *Telephone Number* | *Fax Number* |

wlitvak@drllaw.com

*E-Mail Address*

of

Dapeer Rosenblit & Litvak, LLP
11500 W. Olympic Blvd., Suite 550
Los Angeles, California 90064

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   April 7, 2020                                    /s/ Fernando M. Olguin

**U.S. District Judge/U.S. Magistrate Judge**