William Litvak (SBN 90533)
**DAPEER ROSENBLIT LITVAK, LLP**
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Tel: (310) 477-5575
Fax: (310) 477-7090
Email: WLitvak@drllaw.com

Ignacio P. Hiraldo (*pro hac vice*)
**IJH LAW**
1200 Brickwell Avenue, Suite 1950
Miami, Florida 33131
Tel: (786) 496-4469
Email: ijhiraldo@ijhlaw.com

Andrew Shamis, Esq. (*pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299
Email: gberg@shamisgentile.com

Manuel S Hiraldo (*pro hac vice*)
**HIRALDO PA**
401 East Las Olas Boulevard Suite 1400
Fort Lauderdale, FL 33301
954-400-4713
Email: mhiraldo@hiraldolaw.com

Scott A Edelsberg (*pro hac vice*)
**EDELSBERG LAW PA**
20900 NE 30th Avenue Suite 417
Aventura, FL 33180
305-975-3320
Email: scott@edelsberglaw.com

Michael L Eisenband (*pro hac vice*)
**EISENBAND LAW PA**
515 East Las Olas Boulevard Suite 120
Fort Lauderdale, FL 33301
954-533-4092
Email: meisenband@eisenbandlaw.com

Attorneys for Plaintiff Jamal Johnson

Notice of Mediator Selection and Mediation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOSS BROS. AUTO GROUP, INC.,<br><br>　　　　Defendant. | Case No. 5:19-cv-02456<br><br>**NOTICE OF MEDIATOR SELECTION AND MEDIATION ON APRIL 30, 2020** |

Notice of Mediator Selection and Mediation

1  Plaintiff Jamal Johnson hereby notifies the Court that the parties have selected Ted
2  Bandstra of JAMS Mediation as the mediator in this matter. Plaintiff further notifies the
3  Court that the parties have scheduled mediation for Thursday, **April 30, 2020** at 11:00
4  a.m. (EST) via Zoom videoconferencing.

Respectfully submitted:

DATED:   April 13, 2020

**EISENBAND LAW, P.A.**

By:     /s/Michael Eisenband

Michael L Eisenband (*pro hac vice*)
515 East Las Olas Boulevard Suite 120
Fort Lauderdale, FL 33301
954-533-4092
Email: meisenband@eisenbandlaw.com

Attorneys for Plaintiff

Notice of Mediator Selection and Mediation