William Litvak (SBN 90533)
**DAPEER ROSENBLIT LITVAK, LLP**
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Tel: (310) 477-5575
Fax: (310) 477-7090
Email: WLitvak@drllaw.com

Michael Eisenband (*pro hac vice*)
**EISENBAND LAW. P.A.**
515 E Las Olas Blvd., Ste 120
Fort Lauderdale , Florida 33301
Tel: (954) -533-4092
Email: MEisenband@Eisenbandlaw.com

Attorneys for Plaintiff
Jamal Johnson

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation,<br><br>Defendant. | CASE NO. 5:19-cv-02456-FMO-SP<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**<u>CLASS ACTION</u>**<br><br>**STATUS REPORT<br>RE: SETTLEMENT**<br><br>Complaint Filed: December 20, 2019 |

Plaintiff Jamal Johnson and Defendant Moss Bros. Auto Group, Inc., by and through their respective undersigned counsel hereby advise the Court that the parties attended a Mediation on April 30, 2020 but were unable to reach a settlement.

DATED:  May 11, 2020				EISENBAND LAW, P.A.


					By:	*/s/*Michael Eisenband
						Michael Eisenband
						Attorney for Plaintiff,
						Jamal Johnson


DATED:  May 11, 2020				GREENBERG TRAURIG, LLP


					By:	*/s/ Gregory A. Nylen*
						Gregory A. Nylen
						Yoon Jee Kim
						Attorneys for Defendant,
						Moss Bros. Auto Group, Inc.