# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON<br><br>PLAINTIFF(S)<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:19–cv–02456–FMO–SP<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 6/30/20 | / | 54 | / | Motion to Amend |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
failure to comply with L.R. 7–3. The moving party states that it met and conferred but does not provide the date on which the meet and confer took place.

Dated: July 14, 2020

By: /s/ *Fernando M. Olguin*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)