**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(State Bar No. 90533)
wlitvak@drllaw.com
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Telephone: 310.477.5575

**IJH LAW**
Ignacio J. Hiraldo, Esq. (*pro hac vice*)
1200 Brickell Ave Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

(additional counsel on signature page)

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOSS BROS. AUTO GROUP, INC. a California Corporation<br><br>Defendant. | CASE NO.: 5:19-cv-02456-FMO-SP<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE REGARDING PROPOSED INTERVENING PARTY MOSS BROS. CJD, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**Date**: July 30, 2020<br>**Time**: 10:00 a.m.<br>**Ctrm**: 6D<br>**Judge**: Hon. Fernando M. Olguin |

## PLAINTIFF'S NOTICE REGARDING CJD, INC.'S MOTION
## TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Plaintiff Jamal Johnson hereby gives notice of discovery developments that may affect the Court's determination of proposed Intervening Party Moss Bros. CJD, Inc's ("CJD") Motion to Compel Arbitration, filed on July 2, 2020, [DE 57].

Specifically, Plaintiff gives the Court notice that he is currently in the process of moving to compel Defendant's responses to Plaintiff's discovery requests, including compelling production of documents relevant to CJD's argument that (1) Plaintiff named the wrong defendant, *see* CJD's Motion, [DE 57] at pg. 2, and (2) "that Defendant Moss Bros. is obviously an agent of CJD Moreno Valley[.]" CJD's Reply, [DE 65] at pgs. 5:15-17.  Although Defendant previously responded to discovery by stating it would produce documents for some request,[1] it has now taken the position that it will not produce any documents and is moving for a protective order.[2]  This in spite the Court's Initial Order's directive that a motion does not stay discovery. [DE 12] (referring the Parties to the Court's Initial Standing Order).

The documents that Defendant is withholding include communications between Susan Anderson (Defendant's—not CJD's—employee) and the vendors used to transmit the messages at issue in this matter. Plaintiff believes that these emails will show that Defendant, not CJD, ordered, directed, and crafted the subject marketing campaign. Plaintiff was recently made aware of these emails by one of the non-party's hired to transmit the subject ringless voicemails.[3] However, the non-

---

[1] For example, Defendant's April 4, 2020 response to RFP No. 24 stated, after listing objections, "Moss Bros. will produce non-privileged documents in its possession, custody, or control following the entry of a protective order." A stipulated protective order was entered on May 12, 2020. [DE 51].

[2] *See*, Email Between Counsel, attached as **Exhibit A**, at pg. 2 (stating, *inter alia*, "we seek a stay of **all** party and third-party discovery until the motion to compel arbitration—which will determine Plaintiff's right to discovery under the FRCP—is resolved. […] In the meantime, no discovery will be provided.") (emphasis in original).

[3] See, Email from Non-Party Vendor Ideal Direct Ad's Counsel, attached as **Exhibit B,** (stating that Ideal is in possession of "a few emails with Susan Anderson" among other documents).

party, following Defendant's lead, has taken the position that it does not have to comply with Plaintiff's subpoena until after the Court rules on the pending motion.

    Defendant's portion of the Joint Stipulation Regarding Plaintiff's Motion to Compel is due August 3, 2020, whereupon Plaintiff will file his request for this Court to order Defendant to comply with its discovery obligations.

Dated:  July 29, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Ignacio J. Hiraldo, Esq.*<br>**IJH LAW**<br>Ignacio J. Hiraldo, Esq. (*pro hac vice*)<br>Florida Bar No. 0056031<br>Washington, DC Bar No. 485610<br>1200 Brickell Ave Suite 1950<br>Miami, FL 33131<br>Email: ijhiraldo@ijhlaw.com<br>Telephone: 786.496.4469 | **DAPEER ROSENBLIT LITVAK, LLP**<br>William Litvak<br>(Cal. Bar No. 90533)<br>wlitvak@drllaw.com<br>11500 W. Olympic Blvd., Suite 550<br>Los Angeles, California 90064<br>(t) (310) 477-5575<br>(f) (310) 477-7090 |
| **HIRALDO P.A.**<br>Manuel S. Hiraldo (*pro hac vice*)<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954-400-4713 | **EISENBAND LAW, P.A.**<br>Michael Eisenband (*pro hac vice*)<br>Florida Bar No. 94235<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>MEisenband@Eisenbandlaw.com<br>Telephone: 954.533.4092 |
| **SHAMIS & GENTILE, P.A.**<br>Andrew J. Shamis (*pro hac vice*)<br>Florida Bar No. 101754<br>California Bar No. 330990<br>ashamis@shamisgentile.com<br>14 NE 1st Avenue, Suite 400<br>Miami, Florida 33132<br>(t) (305) 479-2299 | **EDELSBERG LAW, PA**<br>Scott Edelsberg, Esq.<br>(Cal. Bar No. 330990)<br>scott@edelsberglaw.com<br>20900 NE 30th Ave, #417<br>Aventura, FL 33180<br>Telephone: 305-975-3320 |