**GREENBERG TRAURIG, LLP**
Gregory A. Nylen (SBN 151129)
nyleng@gtlaw.com
18565 Jamboree Road, Suite 500
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

**GREENBERG TRAURIG, LLP**
Adil M. Khan (SBN 254039)
khanad@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Intervening Party
Moss Bros. CJD, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation,<br><br>  Defendant. | CASE NO. 5:19-cv-02456-FMO-SP<br><br>Hon. Fernando M. Olguin<br><br>**INTERVENING PARTY MOSS BROS. CJD, INC.'S REQUEST FOR LEAVE TO RESPOND TO PLAINTIFFS' NOTICES OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTION TO COMPEL ARBITRATION** |

The parties completed briefing on the Motion to Compel Arbitration and Stay Proceedings (Dkt. 57) filed by Intervening Party Moss Bros. CJD, Inc. ("CJD Moreno Valley") back on July 16, 2020, and the Court has since taken the motion under submission (Dkt. 68).  Pursuant to Local Rule 7-10, Plaintiff is not permitted to "file a response to the reply" without "prior written order of the Court."

Nonetheless, Plaintiff has filed two Notices of Supplemental Authority regarding the motion.  (Dkt. Nos. 71 and 76.)  CJD Moreno Valley respectfully submits that the cases cited in both of Plaintiffs' Notices have no relevance to the issues presented by the motion.  But if the Court is inclined to give any consideration to Plaintiff's filings, then CJD Moreno Valley respectfully requests an opportunity to submit a written response.

DATED:  August 12, 2020                    GREENBERG TRAURIG, LLP


                                           By    */s/ Adil M. Khan*
                                                 Gregory A. Nylen
                                                 Adil M. Khan
                                                 Attorneys for Intervening Party
                                                 Moss Bros. CJD, Inc.