# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-2456 FMO (SPx) | Date | October 7, 2020 |
|---|---|---|---|
| Title | Jamal Johnson v. Moss Bros. Auto Group, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Joint Stipulation to Modify Scheduling Order [ ] (Dkt. 108, "Joint Stipulation"), IT IS ORDERED THAT:

1. The Joint Stipulation **(Document No. 108)** is **granted** as set forth herein.

2. All fact discovery shall be completed no later than **February 5, 2021**.[1]

3. All expert discovery shall be completed by **April 19, 2021**. The parties must serve their Initial Expert Witness Disclosures no later than **February 19, 2021**. Rebuttal Expert Witness Disclosures shall be served no later than **March 19, 2021**. The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules 7-3 and 37-1 require ample time to meet and confer as well as brief the matters, and because the final pretrial conference and trial dates will not be continued merely because expert discovery is still underway.

4. The parties shall complete their settlement conference before **a private mediator** ("settlement officer") no later than **February 5, 2021**. Plaintiff's counsel shall contact the settlement officer with enough time so that the settlement conference date is early enough to comply with the settlement completion deadline imposed by this court. After obtaining available dates from the settlement officer, counsel for the parties shall confer and select one of the proposed dates. Plaintiff's counsel shall then advise the settlement officer of the settlement conference date selected by parties. If the case settles, counsel shall file a Notice of Settlement no later than 24 hours after the case is settled, stating when they expect to file their dismissal papers. Otherwise, **the parties must, no later than 48 hours after the settlement conference is completed, file a Status Report Re: Settlement**. The Status Report shall not disclose the parties' settlement positions, i.e., the terms of any offers or demands. The Status Report shall describe the efforts made by the parties to resolve the dispute informally, i.e., the occasions and

---

[1] Except as set forth in this order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of May 7, 2020 (Dkt. 47).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-2456 FMO (SPx) | Date | **October 7, 2020** |
|---|---|---|---|
| Title | **Jamal Johnson v. Moss Bros. Auto Group, Inc., et al.** | | |

dates when the parties participated in mediation or settlement conferences.  The Status Report shall also include the name of the settlement officer who assisted the parties with their settlement conference.

     5.  Any motion for class certification shall be filed no later than **May 19, 2021**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *The motion for class certification shall comply with the requirements set forth in the Court's Order Re: Motions for Class Certification (Dkt. 49).*

     6.  Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **June 18, 2021** and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions (Dkt. 48).*  Each party is allowed one potentially dispositive motion.

     7.  The court will set dates and deadlines for trial, a pretrial conference, and the parties' pretrial filings after the resolution of any dispositive motions and the motion for class certification.

|   |   |   |   |
|---|---|---|---|
|   |   | 00 : 00 |   |
|   | Initials of Preparer | vdr |   |