**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(State Bar No. 90533)
wlitvak@drllaw.com
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Telephone: 310.477.5575

**IJH LAW**
Ignacio J. Hiraldo, Esq. (*pro hac vice*)
1200 Brickell Ave Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

(additional counsel on signature page)

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAL JOHNSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSS BROS. AUTO GROUP, INC. a California Corporation<br><br>    Defendant. | CASE NO.: 5:19-cv-02456-FMO-SP<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Jamal Johnson hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by November 13, 2020.

Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Dated: October 29, 2020

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo (*pro hac vice*)
Florida Bar No. 030380
401 E. Las Olas Boulevard Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954-400-4713