**EDELSBERG LAW, P.A.**
Scott Edelsberg
(California Bar No. 330990)
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, Florida 33180
Telephone: (305) 975-3320
*Attorney for Plaintiff*

**GREENBERG TRAURIG, LLP**
Adil M. Khan (SBN 254039)
khanad@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant,
Moss Bros. Auto Group, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation,<br><br>Defendant. | Case No.: 5:19-cv-02456-FMO-SP<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**JOINT STIPULATION AND REQUEST**<br><br>**JOINT STIPULATION AND REQUEST RE: DEADLINE TO SEEK PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>[Proposed Order filed concurrently] |

Plaintiff Jamal Johnson ("Plaintiff") and Defendants Moss Bros. Auto Group and Susan Anderson ("Defendants") (collectively, the "Parties"), through their respective counsel, hereby stipulate and jointly request that the deadline for Plaintiff to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement ("Motion") be extended from November 23, 2020, [DE #112], to December 14, 2020. The parties are working cooperatively but need the additional time to document the long-form settlement agreement, to finalize and review data related to settlement class members, and to craft and finalize a notice plan with a third-party claims administrator. The Parties will endeavor to file the Motion prior to the deadline if it is feasible.

Respectfully submitted by:

**EDELSBERG LAW, P.A.**
*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
*Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**
/
Adil M. Khan
*Counsel for Defendants*

Dated:  November 18, 2020

## ATTESTATION REGARDING SIGNATURES

I, Scott Edelsberg, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: November 18, 2020            */s/ Scott Edelsberg*