**EDELSBERG LAW, P.A.**
Scott Edelsberg
(California Bar No. 330990)
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, Florida 33180
Telephone: (305) 975-3320
*Attorney for Plaintiff*

**GREENBERG TRAURIG, LLP**
Adil M. Khan (SBN 254039)
khanad@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendant,
Moss Bros. Auto Group, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation,<br><br>Defendant. | Case No.: 5:19-cv-02456-FMO-SP<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**ORDER GRANTING JOINT MOTION/ STIPULATION [113] AND REQUEST RE: DEADLINE TO SEEK PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>[Proposed Order filed concurrently] |

The Court has reviewed the parties' Joint Stipulation and Request Re: Deadline to Seek Preliminary Approval of Classwide Settlement. Having considered the Parties' submission, the Court finds there is good cause to grant the extension. Therefore, **IT IS HEREBY ORDERED** that Plaintiff file a Motion for Class Certification and Preliminary Approval of Settlement Agreement on or before December 14, 2020.

Dated: November 19, 2020

              /s/
Hon. Fernando M. Olguin
United States District Judge

Respectfully submitted,

GREENBERG TAURIG, LLP

By     /s/ Adil M. Khan
Gregory A. Nylen
Adil M. Khan
Attorneys for Defendants, Moss Bros. Auto Group, Inc. and Susan Anderson

EDELSBERG LAW, PA

By: /s/ Scott Edelsberg
Scott Edelsberg
Attorneys for Plaintiff,
Jamal Johnson