**GREENBERG TRAURIG, LLP**
Gregory A. Nylen (SBN 151129)
  nyleng@gtlaw.com
18565 Jamboree Road, Suite 500
Irvine, CA  92612-4410
Telephone:  (949) 732-6500
Facsimile:  (949) 732-6501

**GREENBERG TRAURIG, LLP**
Adil M. Khan (SBN 254039)
  khanad@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendants,
Moss Bros. Auto Group, Inc.
and Susan Anderson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOSS BROS. AUTO GROUP, INC., California Corporation; and SUSAN ANDERSON,<br><br>Defendants. | CASE NO. 5:19-cv-02456-FMO-SP<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**DEFENDANTS MOSS BROS. AUTO GROUP INC. AND SUSAN ANDERSON'S MOTION FOR LEAVE TO MAKE TELEPHONIC APPEARANCE**<br><br>DATE:  March 24, 2022<br>TIME:  10:00 a.m.<br>COURTROOM:  6D<br><br>First Amended Complaint:  Mar. 2, 2020<br>Complaint Filed:  December 20, 2019 |

## REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY

Pursuant to the Court's requirements and designated procedures, Defendants Moss Bros. Auto Group, Inc. and Susan Anderson ("Defendants") request leave to have the option to appear telephonically at the final approval hearing set for March 24, 2022.

Defendants' counsel, Adil M. Khan, plans to attend the hearing in person, but has been placed on notice that he *may* be called for jury duty by the Superior Court of California, County of Los Angeles. If Mr. Khan must report for jury duty on March 24, then Defendants' other counsel of record, Gregory A. Nylen, will appear for them. Because Mr. Nylen lives and works in Orange County and has other commitments that day, Defendants ask that Mr. Nylen be permitted to appear by telephone or, if the Court prefers, video-conference.

Defendants' counsel conferred with Plaintiff's counsel on March 21, 2022, regarding this request. Plaintiffs' counsel confirmed that they have no objection.

DATED: March 21, 2022         GREENBERG TRAURIG, LLP


                              By: /s/ Adil M. Khan
                                  Gregory A. Nylen
                                  Adil M. Khan
                              Attorneys for Defendants, Moss Bros. Auto Group, Inc. and Susan Anderson

---

1
DEFENDANTS' MOTION FOR TELEPHONIC APPEARANCE

ACTIVE 63743702